**Claud GAINES, Plaintiff–Appellant**

**v.**

**CITY OF FORREST CITY; Dwight Duch, Lieutenant, Individually and in his official capacity; E.P. Reynolds, Individually and in his official capacity; Larry Bryant, Individually and in his official capacity, Defendants–Appellees.**

No. 15–3029.

United States Court of Appeals, Eighth Circuit.

Submitted: May 6, 2016.

Filed: May 13, 2016.

Claud Gaines, Forrest City, AR, pro se.

---

Sara Lynn Teague, Arkansas Municipal League, North Little Rock, AR, for Defendants–Appellees.

Before LOKEN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Claud Gaines appeals the district court's[1] adverse grant of summary judgment in his pro se employment-discrimination action. The district court entered judgment against him on July 16, 2015. His notice of appeal was filed on August 24, 2015, more than 30 days later. *See* Fed. R.App. P. 4(a)(1)(A) (30 days to appeal in civil case), 26(a) (computing time). This court therefore lacks jurisdiction over this untimely appeal. *See Dieser v. Cont'l Cas. Co.,* 440 F.3d 920, 923 (8th Cir.2006) (requirement of timely NOA is mandatory and jurisdictional; federal court will raise jurisdiction issues sua sponte). Accordingly, we dismiss the appeal.

---

1. The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.